United States District Court
for the Eastern District of Virginia
Alexandria Division

| | |
|---|---|
| **Thomas Curtin, Donna Curtin**, **Suzanne A. Spikes, Kelley Pinzon, Tom Cranmer,** and **Carol D. Fox,** | |
| *Plaintiffs*, | |
| v. | Civ. No. 1:20-cv-00546 |
| **Virginia State Board of Elections; Robert H. Brink, John O'Bannon,** and **Jamilah D. Lecruise,** in their official capacities as Chairman, Vice-Chair, and Secretary of the Virginia State Board of Elections, respectively; and **Christopher E. Piper,** in his official capacity as Commissioner of the Virginia Department Of Elections, | Plaintiffs' Notice of Voluntary Dismissal |
| *Defendants*. | |

# Plaintiffs' Notice of Voluntary Dismissal

Pursuant to Fed. R. Civ. P. 41(a), Plaintiffs Thomas Curtin, Donna Curtin, Suzanne A. Spikes, Kelley Pinzon, Tom Cranmer, and Carol D. Fox voluntarily dismiss this case without prejudice.

A "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Fed. R. Civ. P. 41(a)(1)(A)(i). Defendants have not filed an answer nor a motion for summary judgment. Defendants have only filed a dismissal motion (ECF 53), so Plaintiffs are permitted to dismiss this case without a court order.

Such dismissal shall be without prejudice (*see* Fed. R. Civ. P. 41(a)(1)(B)), with each side to bear its own costs and fees.

Date: June 16, 2020

Respectfully Submitted,

_____/s/_____

| | |
|---|---|
| Bradley P. Marrs (VSB#25281) | James Bopp, Jr.* |
| Patrick C. Henry II (VSB#80468) |   IN Atty. No. 2838-84 |
| Marrs & Henry | Richard E. Coleson* |
| 7202 Glen Forest Drive, Suite 307 |   IN Atty. No. 11527-70 |
| Richmond, VA 23226 | Courtney Turner Milbank* |
| (804) 662-5715 |   IN Atty. No. 32178-29 |
| (804) 662-5712 (fax) | True the Vote, Inc. |
| bmarrs@marrs-henry.com |   Voters' Rights Initiative |
| phenry@marrs-henry.com | THE BOPP LAW FIRM, PC |
| | 1 South Sixth St. |
| *Local Counsel for Plaintiffs* | Terre Haute, IN 47807-3510 |
| | Telephone: (812) 232-2434 |
| | E-mails: jboppjr@aol.com, |
| |   rcoleson@bopplaw.com |
| |   cmilbank@bopplaw.com |
| | |
| | *Lead Counsel for Plaintiffs* |
| | |
| | *\* Admitted Pro Hac Vice* |

## Certificate of Service

I hereby certify that the foregoing document was served electronically on this date, June 16, 2020, upon all counsel of record via the United States District Court for the Eastern District of Virginia, electronic filing system:

        /s/

| | |
|---|---|
| Bradley P. Marrs (VSB#25281) | James Bopp, Jr.* |
| Patrick C. Henry II (VSB#80468) |   IN Atty. No. 2838-84 |
| Marrs & Henry | Richard E. Coleson* |
| 7202 Glen Forest Drive, Suite 307 |   IN Atty. No. 11527-70 |
| Richmond, VA 23226 | Courtney Turner Milbank* |
| (804) 662-5715 |   IN Atty. No. 32178-29 |
| (804) 662-5712 (fax) | True the Vote, Inc. |
| bmarrs@marrs-henry.com |   Voters' Rights Initiative |
| phenry@marrs-henry.com | THE BOPP LAW FIRM, PC |
| | 1 South Sixth St. |
| *Local Counsel for Plaintiffs* | Terre Haute, IN 47807-3510 |
| | Telephone: (812) 232-2434 |
| | E-mails: jboppjr@aol.com, |
| |    rcoleson@bopplaw.com |
| |    cmilbank@bopplaw.com |
| | |
| | *Lead Counsel for Plaintiffs* |
| | |
| | *\* Admitted Pro Hac Vice* |